# SOBEL & FELLER

**MEMO ENDORSED**

SOBEL & FELLER LLP
305 Madison Ave., Suite 1420
New York, NY 10165

tel: 212-308-0600
fax: 212-308-0611
www.sobelfeller.com

Jonathan M. Sobel
jmsobel@sobelfeller.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-14

May 1, 2014

VIA ECF

Honorable P. Kevin Castel
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Conference Adjourned**
From: May 9, 2014
To: July 8, 2014 at 10:30 a.m.
SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.
Date: 5-1-14

Re:   *Quirky Incorporated v. OXO International, Inc.*
      Case no. 14-cv-1603 (PKC)

Dear Judge Castel:

We represent Quirky Inc., the plaintiff in this matter. We are writing on behalf of Quirky and the defendant, OXO Int'l, Inc., to jointly request an adjournment of the Initial Pretrial Conference scheduled for May 9, 2014.

The complaint in this matter was filed on March 10, 2014. The initial complaint was not served. On April 22, 2014, Quirky filed and served an Amended Complaint. Quirky has agreed to give OXO an extension until May 27, 2014 to file a response to the Amended Complaint.

The parties respectfully request a continuance of the May 9, 2014 conference until June 26, 2014 (30 days after OXO's deadline for response) or to another date convenient to the Court and that is a sufficient time after OXO submits its response for the parties to have their Rule 26(f) conference and submit a proposed case management plan. This is the first request for an adjournment of the Initial Pretrial Conference.

Respectfully submitted,

Jonathan M. Sobel

Cc: Eric Prager, Esq. (eric.prager@klgates.com)