UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :

QUIRKY INCORPORATED,                         :     No. 14-cv-01603 (PKC)

                Plaintiff,             :     ECF Case

      - against -                               :     **OXO INTERNATIONAL, LTD.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

OXO INTERNATIONAL, LTD.,              :

                Defendant.           :
------------------------------------------------------------X

OXO INTERNATIONAL, LTD.,              :

                Counterclaim Plaintiff,      :

      - against -                               :

QUIRKY INCORPORATED and
COMERICA BANK,                             :

                Counterclaim Defendants.  :
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Counter-Plaintiff OXO International Ltd. is a Texas Limited Partnership in which Helen of Troy Nevada Corporation is the general partner and HOT Nevada, Inc. is the limited partner.  Both Helen of Troy Nevada Corporation and HOT Nevada, Inc. are non-publicly traded Nevada corporations and wholly owned subsidiaries of Helen of Troy Texas Corporation.  Helen of Troy Texas Corporation is a non-publicly held Texas corporation which is a wholly owned subsidiary of non-publicly held Helen of Troy Limited, a Barbados corporation, which in turn is a wholly

owned subsidiary of Helen of Troy Limited, Bermuda, a Bermuda corporation, which is publicly traded on the U.S. NASDAQ stock exchange.

Dated:  Boston, Massachusetts
        May 28, 2014

                                      Respectfully submitted,

                                      *s/ Andrea B. Reed*
Andrea B. Reed (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
(617) 261-3100
(617) 261-3175 (fax)
Email: andrea.reed@klgates.com

Eric A. Prager (EP 0964)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
(212) 536-3901 (fax)
Email:  eric.prager@klgates.com

Roderick B. Williams (*pro hac vice*)
K&L GATES LLP
2801 Via Fortuna, Ste. 350
Austin, Texas 78746
(512) 482-6800
(512) 482-6859 (fax)
Email:  rick.williams@klgates.com

*Attorneys for OXO International, Ltd.*