SOBEL & FELLER

SOBEL & FELLER LLP
305 Madison Ave., Suite 1420
New York, NY 10165

tel:  212-308-0600
fax: 212-308-0611
www.sobelfeller.com

June 13, 2014

Mitchell S. Feller
msfeller@sobelfeller.com

**VIA ECF**
Honorable P. Kevin Castel
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    *Quirky Incorporated v. OXO International, Ltd.*
                 *Counterclaimant OXO v. Quirky and Comerica Bank*
                 Case no. 14-cv-1603 (PKC)

Dear Judge Castel:

We represent Quirky Inc., the plaintiff in this matter. We also represent counterclaim-defendant Comerica Bank. We are writing on behalf of Quirky, Comerica, and defendant and counterclaim-plaintiff OXO Int'l.

The complaint in this matter was filed by Quirky against OXO on March 10, 2014. On April 22, 2014, Quirky filed and served an Amended Complaint. OXO filed its Answer and Counterclaims to this on May 27, 2014. OXO's Counterclaims included a cross-claim against Comerica, Inc., alleged by OXO to be a necessary party to the action. Comerica's response to the cross-claim is due on June 18, 2014. Quirky's response to the counterclaim is due on June 20, 2014. An Initial Pretrial Conference currently scheduled for July 8, 2014.

(1)    The parties are trying to resolve OXO's allegation that Comerica is a necessary party to this action. Quirky and Comerica request a two week extension of time, until July 3, 2014, to file their responses so that the parties can work to resolve this issue. This is the first request for such an extension of time. OXO consents to this request.

(2)    All parties respectfully request a continuance of the July 8, 2014 Initial Pretrial Conference by two weeks (i.e., until July 22, 2014) or to another date convenient to the Court. This is the second request for an adjournment of this conference. The first was granted in view of an extension of the deadline for OXO to respond to the Amended Complaint.


Respectfully submitted,

*Mitchell S. Feller*
Mitchell S. Feller

Cc:  Counsel for OXO