**K&L GATES**  K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

January 30, 2015

Eric A. Prager
eric.prager@klgates.com

T 212.536.4827
F 212.536.3901

**Via ECF**

The Honorable P. Kevin Castel
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  <u>Quirky Inc. v. OXO Int'l, Ltd., No. 14-cv-1603 (PKC)</u>

Dear Judge Castel:

    We represent Defendant OXO International, Ltd. ("OXO") in this action.  We write on behalf of OXO and Plaintiff Quirky Inc. ("Quirky") to advise Your Honor that the parties have agreed on settlement terms and are in the process in finalizing a settlement agreement.  In light of their anticipated settlement, OXO and Quirky respectfully request that Your Honor stay all further deadlines set forth in the Revised Case Management Plan so ordered by Your Honor on December 8, 2014 (Docket No. 41).  The parties will promptly notify the Court once they have finalized their settlement agreement.

    Please let us know whether the Revised Case Management Plan deadlines may be stayed.  Thank you for your kind consideration.

Respectfully submitted,

Eric A. Prager

cc:  Mitchell S. Feller, Esq. (*via ECF*)
     Roderick B. Williams, Esq. (*via ECF*)