USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

QUIRKY, INC.,

        Plaintiff(s),                        14 cv 1603 (PKC)

    -against-                         ORDER OF DISMISSAL

OXO INT'L LTD.,

        Defendant(s).
----------------------------------------x

CASTEL, U.S.D.J.

        The Court having been advised that the parties have reached an agreement-in-principle to settle all claims asserted herein, it is

        ORDERED, that the above-entitled action is hereby dismissed without costs, and without prejudice to the right to reopen the action within forty-five (45) days of this Order if the settlement is not consummated.  All motions are terminated as moot without prejudice to refiling in the event the case is reopened.  All conferences are vacated.

                                          P. Kevin Castel
                                          United States District Judge

Dated:   New York, New York
            January 30, 2015